BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:05-MJ-00049 JLT |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS |
| | ) | COMPLAINT |
| v. | ) | |
| | ) | |
| RIGOBERTO ESCOBAR-BARAJAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the complaint in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: April 1, 2011                   Respectfully submitted,
                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                   By: /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney

1

## ORDER

**IT IS HEREBY ORDERED** that the complaint in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:  **April 1, 2011**                                          **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE